UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
STEPHEN DONNELL,
                  Plaintiff,

-against-

PATTERN ENERGY GROUP, INC., et al.,
                  Defendants.
------------------------------------------------------------- X

19 Civ. 11680 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS on December 20, 2019, Plaintiff filed a Complaint (Dkt. No. 1);

    WHEREAS, pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court [--] on motion or on its own after notice to the plaintiff [--] must discuss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m);

    WHEREAS Plaintiff has not, within 90 days after filing the Complaint, filed proof of service on ECF;

    WHEREAS Defendants have not appeared. It is hereby

    ORDERED that Plaintiff shall file proof of service on ECF by **April 2, 2020.** It is further

    ORDERED that Defendants shall appear in this action as soon as is practicable, and no later than **April 9, 2020.**

Dated: March 26, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE