UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
STEPHEN DONNELL,                          :
                                          :
                Plaintiff,                :    CASE NO.: 19-cv-11680-LGS
                                          :
        -against-                         :
                                          :
PATTERN ENERGY GROUP, INC.,               :
MICHAEL GARLAND, ESBEN PEDERSEN,          :
ALAN BATKIN, LORD JOHN BROWNE,            :
DOUGLAS HALL, PATRICIA NEWSON,            :
MONA SUTPHEN, and RICHARD                 :
GOODMAN,                                  :
                                          :
                Defendants.               :
------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal

is being filed with the Court before service by Defendants of either an answer or a motion for

summary judgment.

Dated: March 27, 2020                    Respectfully Submitted,

                                         **MONTEVERDE & ASSOCIATES PC**

                                         */s/ Juan E. Monteverde*
                                         Juan E. Monteverde (JM-8169)
                                         The Empire State Building
                                         350 Fifth Avenue, Suite 4405
                                         New York, New York 10118
                                         Tel: 212-971-1341
                                         Fax: 212-202-7880

                                         *Attorneys for Plaintiff*