```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
STEPHEN DONNELL,                                  :
                                                  :
                Plaintiff,                        :   CASE NO.: 19-cv-11680-LGS
                                                  :
        -against-                                 :
                                                  :
PATTERN ENERGY GROUP, INC.,                       :
MICHAEL GARLAND, ESBEN PEDERSEN,                  :
ALAN BATKIN, LORD JOHN BROWNE,                    :
DOUGLAS HALL, PATRICIA NEWSON,                    :
MONA SUTPHEN, and RICHARD                         :
GOODMAN,                                          :
                                                  :
                Defendants.                       :
------------------------------------------------- X
```

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: March 27, 2020                     Respectfully Submitted,

SO ORDERED.                               **MONTEVERDE & ASSOCIATES PC**
Dated: March 30, 2020
New York, New York                        */s/ Juan E. Monteverde*
                                          Juan E. Monteverde (JM-8169)
                                          The Empire State Building
                                          350 Fifth Avenue, Suite 4405
           [signature]                    New York, New York 10118
      LORNA G. SCHOFIELD                  Tel: 212-971-1341
   UNITED STATES DISTRICT JUDGE           Fax: 212-202-7880

                                          *Attorneys for Plaintiff*